UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                    Case No. 13-41341

TAMARA LYNN STOKES                                        Chapter 7
and WILLIAM HARVEY STOKES,

                                                          Judge Thomas J. Tucker
                    Debtors.
_____ /

## ORDER DENYING MOTION FOR RECONSIDERATION

This case is before the Court on Debtors' motion entitled "Corrected Ex Parte Motion to Vacate Dismissal and Reinstate the Case," filed February 8, 2013 (Docket # 19, the "Motion"), which this Court construes as a motion for reconsideration of, and for relief from, the February 5, 2013 Order dismissing this case (Docket # 14).

The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof.  *See* Local Rule 9024-1(a)(3).

The Court also finds that the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), FedR.Bankr.P. 9024, or any other valid ground for relief from the order dismissing this case.

In addition, the Court notes that Debtors' counsel *still* has not uploaded the required creditor matrix.  This deficiency was noted in the Notice of Deficient Filing filed on January 28, 2013 (Docket # 10), and was never corrected.

Finally, the Court notes that neither the dismissal order in this case nor this Order precludes the Debtors from filing a new bankruptcy case.

IT IS ORDERED that the Motion should be, and is, DENIED.

                              .

**Signed on February 12, 2013**

                                        /s/ Thomas  J. Tucker
                                        Thomas J. Tucker
                                        United States Bankruptcy Judge