# United States Bankruptcy Court

## Eastern District of Michigan

In Re Tamara Lynn Stokes             13-41341
In Re William Harvey Stokes              Chapter 7

**Motion to Reconsider The Court's Denial of Petitioner's Motion to Reinstate Case**

Now comes Tamara Lynn Stokes and William Harvey Stokes, by and through their attorney, Kathleen M. Brown, and respectfully ask this Honorable Court to Reconsider The Court's Denial of Petitioner's Motion to Reinstate the Case. In support of their Motion, the Petitioners state as follows:

1. On February 5, 2013 the Court dismissed the case for failure to file a Creditor Matrix and a Petition Cover Sheet.
2. As stated previously, Counsel mistakenly believed that these items were due on 2/8/2013. Further, on 2/8/13, Counsel filed documents on 2/8/2013 in an attempt to rectify the problem. But problems remained.
3. Since then, Counsel filed a Creditor Matrix in both PDF and non-PDF format as well as a Petition Cover Sheet.
4. Before Petitioners were ordered to pay the filing fee in full, Petitioners sent an installment payment in the good-faith belief that they were doing the right thing.
5. In order to avoid payment of filing fees, in full, in two separate cases, Petitioners are asking that the Court reinstate the instant case.

Wherefore, Petitioners pray for the relief requested, to please reinstate the case.

Respectfully submitted,

/s/ Kathleen Brown            Dated:  February 18, 2013
Kathleen Brown  P46559
Attorney for Petitioners
300 N. Huron
Ypsilanti, MI  48197

## ORDER

This matter having come before the Court, and the Court having been fully advised on the premises, the Court does grant the motion and hereby reinstates the case.

_____      Dated:_____

Honorable Judge Thomas Tucker
US Bankruptcy Judge
Eastern District of Michigan