UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 13-41341-TJT

**TAMARA LYNN STOKES**                                          Chapter 7
**WILLIAM HARVEY STOKES**

  Debtors                                                  HON. THOMAS J. TUCKER

_____/

### DEBTORS' ANSWER TO MOTION TO DISMISS CASE, UNDER 11 U.S.C. SECTION 707(b)(2) AND (b)(3)

Debtors, Tamara L. Stokes and William H. Stokes, through their attorney, Kathleen Brown, state as follows:

1. Admit
2. Admit
3. Admit
4. Admit
5. Neither admit nor deny
6. Admit
7. Admit
8. Admit
9. Admit
10. Admit
11. Admit
12. Admit but income has gone down slightly since they filed. It is not enough of a decrease to qualify them for a Chapter 7, however.
13. Debtors expenses have gone up slightly since they filed, but not materially.
14. Admit as to the filing, but this number will decrease.
15. a. This may have been an error on the debtors' part.
    b. Debtors realize that they cannot support adult children as per the Chapter 7 guidelines
    c. Debtors have high food costs due to special diets. Ms. Stokes has diabetes.
    d. Debtors have "walked away" from the home up north.
    e. Tuition costs continue to be high.
    f. Debtors are willing to lower their recreational costs.

16. Admit. The debtors wish to file a motion to convert their case to Chapter 13.
17. Neither admit nor deny.

**WHEREFORE**, the Debtors ask that the Court NOT dismiss the case, but rather, set the case for hearing, so that Debtors may file a Motion to convert their case to a Chapter 13.

    Respectfully submitted,
KATHLEEN BROWN
ATTORNEY FOR TAMARA STOKES AND
WILLlAM STOKES

By: /s/Kathleen Brown
Kathleen Brown (P46559)
300 N. Huron
Ypsilanti, MI 48197

Dated: May 31, 2013

/s/Tamara Lynn Stokes   Dated: 5/31/2013
Tamara Lynn Stokes

/s/William Harvey Stokes   Dated: 5/31/2013
William Harvey Stokes

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 13-41341-TJT

**TAMARA LYNN STOKES** Chapter 7
**WILLIAM HARVEY STOKES**

Debtors HON. THOMAS J. TUCKER

_____/

**ORDER FOR HEARING CONCERNING DEBTORS' INTENT TO FILE TO CONVERT THEIR CASE TO A CHAPTER 13**

THIS MATTER came before the Court upon Motion of the United States Trustee as well as Debtors' Answer to the U.S. Trustee's Motion to Dismiss Case.

The Court, having considered the pleadings filed herein, does set the matter for hearing as follows:

The Court does NOT dismiss the case.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                               Case No. 13-41341-TJT

**TAMARA LYNN STOKES**                          Chapter 7
**WILLIAM HARVEY STOKES**

  Debtors                                                   HON. THOMAS J. TUCKER

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2013, I served copies as follows:

1. Documents Served:           *Answer to Motion, Order and Certificate of Service*

2. Served Upon:                  U.S. Trustee

3. Method of Service            Electronic

                                                 By: /s/Kathleen Brown     P46559
                                                 Kathleen Brown
                                                 300 N. Huron
                                                 Ypsilanti, MI  48197