# United States Bankruptcy Court
### Eastern District of Michigan

| | | | | |
|---|---|---|---|---|
| In re | **Tamara Lynn Stokes** **William Harvey Stokes** | | Case No. | **13-41341** |
| | | Debtor(s) | Chapter | 7 |

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.  On __January 25, 2013__ , the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2.  This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **July 2, 2013**      Signature **/s/ Tamara Lynn Stokes**
                                                      **Tamara Lynn Stokes**
                                                      Debtor

Date **July 2, 2013**      Signature **/s/ William Harvey Stokes**
                                                      **William Harvey Stokes**
                                                      Joint Debtor

Attorney **/s/ Kathleen M. Brown**
                      **Kathleen M. Brown**

**Kathleen M. Brown, P.L.L.C.**
**300 N. Huron**
**Ypsilanti, MI 48197**
**734.572.7663**
**Fax: 734.487.5094**
**kmbrownlaw@aol.com**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:                                    Case No. 13-41341
Tamara Lynn Stokes                        Honorable Thomas J. Tucker
William Harvey Stokes                     Chapter 7

Debtor(s)
_____/

2865 Bynan Drive
Ypsilanti, MI  48197

## NOTICE OF MOTION TO CONVERT A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

Debtor has filed papers with the Court for Debtor's Motion to Convert Chapter 7 to Chapter 13 Bankruptcy.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion for Approval of the Conversion from Chapter 7 to Chapter 13, or if you want the Court to consider your views on the Motion, within twenty (21) days, you or your attorney must:

  1.  File with the Court a written response or an answer, explaining your position at:

United States Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, MI 48226-3211

If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Kathleen Brown (P-46559)                  Timothy Miller
Attorney for Debtors                      Chapter 7 Trustee
300 N. Huron                              Schneider Miller
Ypsilanti, MI  48197                      Washington Twp. Office
                                           64541 Van Dyke Road
                                          Suite 101-B
                                          Washington, MI  48095

  2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

Attorney /s/ Kathleen M. Brown
Kathleen M. Brown (P46559), Attorney for Debtors
300 N. Huron
Ypsilanti, MI  48197
(734) 572-7663

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN THE MATTERS OF: **TAMARA LYNN STOKES**          No:  13-41341
                         **WILLIAM HARVEY STOKES**          Honorable Thomas J. Tucker
            Debtors          Chapter 7

_____/

## STATEMENT OF DEBTS, EXECUTORY CONTRACTS AND PROPERTY PURSUANT TO BCR 1019(5)

(A)  Statement of new debts: None

(B)  Statement of new property: None

(C)  Statement of executory contracts: No new ones. Clients continue their apartment rent, Impala payments and cell phone plan. They also have vehicle and renter's insurance and personal medical equipment.

(D)  Statement of new Supplemental Matrix: None

Date: July 2, 2013


/s/Kathleen Brown                                      Signatures: /s/ Tamara Stokes   7/2/13
Kathleen Brown P46559                                           Tamara Stokes
300 North Huron Street                                          /s/  William Harvey Stokes   7/2/13
Ypsilanti, MI  48197                                              William Harvey Stokes
734.572.7663

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN THE MATTERS OF: **TAMARA LYNN STOKES**      No: 13-41341
           **WILLIAM HARVEY STOKES**     Honorable Thomas J. Tucker
      Debtors                Chapter 7

_____/

## ORDER CONVERTING A CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13

     The above-captioned Debtors, having filed a Motion for the conversion of their Case

under Chapter 7 of Title 11 of U.S. Code to a case under Chapter 13 of the same Code, and the

Court being otherwise duly advised in the premises:

     IT IS HEREBY ORDERED that the Debtors' Case is converted from a case under Chapter 7

of Title 11 of the U.S. Code to a case under Chapter 13.


  IT IS SO ORDERED.


                  Exhibit A

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Tamara Lynn Stokes**
**William Harvey Stokes**

Debtor(s)

Case No.  **13-41341**

Chapter  7

## CERTIFICATE OF SERVICE

I hereby certify that on **July 2, 2013**, a copy of <u>Motion to Convert Case Under Chapter 7 to Chapter 13, Notice of Motion to Convert Case Under Chapter 7 to Chapter 13, Exhibit A and matrix</u> was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Asset Acceptance Llc**
**Asset Recovery Solutions LLC**
**Bk Of Amer**
**c/o PO Box 965036**
**Cap One Na**
**Capital 1 Bank**
**Cds/collection Agency/Escalate**
**Chase**
**Chase**
**City of Hancock**
**Comcast**
**Credit Check**
**Credit Services Inc**
**Dept Of Education/neln**
**Dte Energy**
**Fulton, Friedman and Gullace LLP**
**Gemb/JC Penny**
**Gemb/select Comfort**
**Gemb/walmart**
**Gm Financial**
**Harvey Oil,**
**Hsbc Bank**
**Hsbc/menards**
**JC Penney Account**
**Lvnv Funding Llc**
**Manderfield Electrical**
**Midland Funding**
**Mitchell Home Medical**
**Northern Cb**
**Northland Group**
**Portage Health System**
**Portfolio Rc**
**Sallie Mae**
**St Joseph Mercy Health System**
**Student Loan Mkt Assn/Sallie Mae**
**Student Loan Mkt Assn/Sallie Mae**
**Superior Imaging**
**Target Nat. Bank/MCM Credit Managment**
**The Bureaus Inc.**
**Tnb-Visa  (TV) / Target**
**Upper Peninsula Power Company**
**Us Dept Of Education**
**Washington Mutual Chase Bank**
**Weber and Olcese (JCPenney Account)**

/s/ Kathleen M. Brown
**Kathleen M. Brown**
**Kathleen M. Brown, P.L.L.C.**
**300 N. Huron**
**Ypsilanti, MI 48197**
**734.572.7663Fax:734.487.5094**
**kmbrownlaw@aol.com**