# United States Bankruptcy Court

## Eastern District of Michigan

| | |
|---|---|
| In re Tamara Lynn Stokes | Case No. 13-41341 |
| In re William Harvey Stokes | Chapter 13 |

### Ex Parte Motion to Vacate Dismissal and Reinstate the Case

Now comes Kathleen Brown, attorney for Tamara Stokes and William Harvey Stokes, and respectfully moves this Honorable Court to vacate the dismissal of the case and to reinstate it. In support of her motion, she states as follows;

1. Attorney Brown had technical difficulties with her bankruptcy preparation filing software that she was not able to resolve in a timely manner.
2. Brown planned on meeting with an attorney/friend on August 21, 2013 to go over the Chapter 13 Plan. This is Brown's first Chapter 13 case, and as such, she has been consulting him as she prepares the case.
3. An hour before their scheduled meeting, Brown's attorney friend experienced a death in the family. Brown was unaware of the situation and continued to wait for her attorney friend. It was fairly late in the day when she realized that her friend was not going to be coming.
4. Since then, the Plan and Form 22C are ready to file and are attached to this motion.

*Wherefore*, Counsel prays for the relief requested, that of vacating the dismissal and reinstating the case.

Respectfully submitted by:


/s/   Kathleen Brown         Dated:__8/24/2013_____
Kathleen Brown  P46559
Attorney for Tamara and William Stokes
300 N. Huron
Ypsilanti, MI  48197

734.572.7663

### Order

This matter having come before the Court, and the Court being fully advised on the premises, the Court does grant the Motion and reinstates the Case.

_____          _____
Honorable Thomas J. Tucker                                                    Date