UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:                                                Case No. 13-41341

TAMARA LYNN STOKES
and WILLIAM HARVEY STOKES,                Chapter 13

             Debtors.                          Judge Thomas J. Tucker
_____/

### ORDER DENYING MOTION FOR RECONSIDERATION

This case is before the Court on the motion entitled "Ex Parte Motion to Vacate Dismissal and Reinstate the Case," filed February 6, 2014 (Docket # 106, the "Motion"), which the Court construes as a motion for reconsideration of, and for relief from, the January 31, 2014 Order dismissing this case (Docket # 104).

The Court finds that the Motion fails to demonstrate a palpable defect by which the Court and the parties have been misled, and that a different disposition of the case must result from a correction thereof. *See* Local Rule 9024-1(a)(3).

In addition, the Court finds that the allegations in the Motion do not establish excusable neglect under Fed.R.Civ.P. 60(b)(1), FedR.Bankr.P. 9024, or any other valid ground for relief from the order dismissing this case.

NOW, THEREFORE,

IT IS ORDERED that the Motion is denied.

.

**Signed on February 12, 2014**

                                                       /s/ Thomas J. Tucker
                                                       Thomas J. Tucker
                                                       United States Bankruptcy Judge